IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, vs. **GEOFFREY SCOTT GAFFNEY,** Defendant. | Case No. CR13-2035 ORDER CANCELLING DETENTION HEARING AND ORDERING DEFENDANT DETAINED |

This matter comes before the Court on the Government's motion for detention made at the Defendant's initial appearance before a judicial officer in this district. The Court set a hearing on the motion for November 26, 2013. However, prior to the hearing, defense counsel notified the Court that the Defendant has agreed to be detained subject to Defendant's ability to request and receive a prompt hearing on the Government's motion for detention at a later time.

## ORDER

IT IS THEREFORE ORDERED as follows:

1. The Detention Hearing currently scheduled for 12:00 P.m. on November 26, 2013 is hereby **CANCELLED**.

2. The Defendant is committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

3. The Attorney General shall afford the Defendant reasonable opportunity for private consultation with counsel while detained.

4. The time from the Government's oral motion to detain (November 21, 2013) to the filing of this Ruling (November 25, 2013) shall be excluded in computing the time

within which the trial must commence pursuant to the Speedy Trial Act. 18 U.S.C. § 3161(h)(1)(D).

DATED this 25TH day of November, 2013.

_____
JON STUART SCOLES
CHIEF MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA